UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1694

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | ORDER TO EXTEND THE |
| v. | : | PERIOD FOR INDICTMENT |
| | : | |
| ROBERT TAYLOR WELLS | : | |

The United States of America, and counsel for the defendant in this action, William Webb, Jr., have filed a joint motion requesting that the 30-day time period required by the Speedy trial Act for filing an indictment be extended.

Wherefore, after reviewing the motion, and for good cause shown, it is HEREBY ORDERED that the deadline for filing an indictment against the defendant herein is extended to December 8, 2011, and that pursuant to 18 U.S.C. § 3161(h)(3)(A), this extension of time is deemed in the best interest of justice and is excludable from computation under the Speedy Trial Act.

So ordered, this 25 day of October, 2011.

JAMES C. DEVER, III
Chief, United States District Judge